FILED

09/15/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0203

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0203

_____

IN RE THE PARENTING OF:

R.D.R.,

   A Minor Child,

RICHARD DANE RENN,

     Petitioner and Appellant,

and

NATALIA MERION BURCAR,

     Respondent and Appellee.

O R D E R

_____

Appellant father of R.D.R. was granted an extension of time to file and serve his opening brief on or before September 2, 2022. Appellant father was advised that no further extensions of time would be granted. The opening brief is now overdue.

THEREFORE,

IT IS ORDERED that Appellant shall prepare, file and serve the opening brief on appeal no later than October 5, 2022. No further extensions will be granted. Failure to file the brief within that time will result in dismissal of this appeal with prejudice and without further notice.

The Clerk is directed to provide a copy of this Order to all parties.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 15 2022